**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERNESTO ORDONEZ | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 10-CV- |
| v. | ) | |
| | ) | Judge: |
| | ) | |
| AKORAT METAL FABRICATORS INC., and JOHN J. DOMBEK, individually, | ) | Mag Judge |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

Plaintiff Ernesto Ordonez, through his attorneys, for his Complaint against Akorat Metal Fabricators Inc., ("Akorat"), John J. Dombek ("Dombek"), individually, (collectively "Defendants"), states as follows:

## I. NATURE OF PLAINTIFF'S CLAIMS

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act 820 ILCS 115/1 *et seq.* ("IWPCA"), for Defendants' (1) failure to pay minimum wages for all the time worked, and (2) failure to pay all earned wages for all time worked at the rates agreed upon by the parties.

2. Since approximately January of 2010, Defendants in this matter have engaged in a practice of issuing checks drawn from accounts with insufficient funds to compensate Plaintiff and other similarly situated employees for their work. *See* copies of various bounced checks drawn from accounts with insufficient funds attached hereto as Exhibit A. Plaintiff has attempted to cash such checks multiple times to no avail and has suffered fees from banks and currency exchanges resulting

from his attempts to cash such checks.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to 28 U.S.C. §1331. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367. Venue is proper in this judicial district as the facts and events giving rise Plaintiff's claims occurred in this judicial district.

## III. THE PARTIES

4. Plaintiff has been employed by Defendants as an "employee(s)" within the meaning of §3(e)(1) of the FLSA, 29 U.S.C. § 203(e)(1) and the IMWL, 820 ILCS §115/1 *et seq.* since approximately 1992 to the present.

5. Plaintiff was not exempt from the minimum wage provisions of the FLSA, 29 U.S.C. §206 or the minimum wage provisions of the IMWL, 820 ILCS §105/4.

6. Plaintiff currently resides in and is domiciled in this judicial district.

7. During the course of his employment, Plaintiff handled goods that had moved in interstate commerce.

8. Defendant Akorat is an Illinois corporation with its principal place of business located in this judicial district and conducting business within this judicial district.

9. Defendant Akorat is an "enterprise" as defined by Section 3(r)(1) of the FLSA, 29 U.S.C. §203(r)(1), and is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of FLSA 29 U.S.C. §203(s)(1)(A).

10. Defendant Akorat is Plaintiff's "employer" subject to the FLSA, 29 U.S.C. §203(c), and the IMWL, 830 ILCS §105/3(c).

11. At all relevant times Defendant Dombek has been a principal officer of Defendant Akorat. At all relevant times Defendant Dombek has been involved in the day to day business operations of Defendant Akorat. Defendant Dombek has the authority to hire and fire employees, the authority to direct and supervise the work of employees, the authority to sign on the corporation's checking accounts, including payroll accounts, and the authority to make decisions regarding employee compensation and capital expenditures.

12. At all relevant times, Defendant Dombek has been Plaintiff's "employer" subject to the FLSA, 29 U.S.C. §203(c), and the IMWL, 830 ILCS §105/3(c).

13. Defendant Dombek resides in this judicial district.

**COUNT I**
**Violation of the Fair Labor Standards Act - Minimum Wages**

Plaintiff hereby realleges and incorporates paragraphs 1 through 13 of this Complaint, as if fully set forth herein.

14. This count arises from Defendants' violation of the FLSA, 29 U.S.C. § 201, *et seq.*, for Defendants' failure and refusal to pay minimum wages to Plaintiff for all time he worked for Defendants in individual work weeks.

15. During the course of his employment by Defendants, Plaintiff worked for Defendants but was not paid the then federally mandated minimum wage.

16. Pursuant to 29 U.S.C. §206, for all time that Plaintiff worked for Defendants, Plaintiff was entitled to be compensated at least the then applicable federally mandated minimum wage for each hour worked.

17. Defendants violated the FLSA by failing to pay Plaintiff minimum wages for all time he worked in individual work weeks.

18. Defendants willfully violated the FLSA by refusing to pay Plaintiff the then federally

mandated minimum wages for all time worked.

WHEREFORE, Plaintiff prays for a judgment against Defendants as follows:

A. A judgment in the amount of unpaid minimum wages for all hours worked;

B. Liquidated damages in an amount equal to the amount of unpaid wages for which Plaintiff is found to be due and owing;

C. Reasonable attorneys' fees and costs incurred in filing this action; and,

D. Such other and further relief as this Court deems appropriate and just.

**COUNT II**
**Violation of the Illinois Minimum Wage Law - Minimum Wages**

Plaintiff hereby realleges and incorporates paragraphs 1 through 18 of this Complaint, as if fully set forth herein.

19. This count arises from Defendants' violation of the minimum wage provisions of the IMWL. 820 ILCS 105/1 *et seq.* Plaintiff brings this action pursuant to 820 ILCS 105/12(a).

20. At all relevant times herein, Defendants were Plaintiff's "employer(s)" as defined in the Illinois Minimum Wage Law, 820 ILCS 105/3(c), and Plaintiff was Defendants' "employee(s)" within the meaning of that Act.

21. Pursuant to 820 ILCS 105/4, for all hours during which Plaintiff worked, Plaintiff was entitled to be compensated at least the then applicable state mandated minimum wage for each hour worked.

22. Defendants violated the IMWL by refusing to compensate Plaintiff the then state mandated minimum wages for all hours worked.

23. Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover his unpaid wages, plus punitive damages in the amount of two percent (2%) per month of the amount of under payments.

WHEREFORE, Plaintiff prays for a judgment against Defendants as follows:

A. A judgment in the amount of unpaid minimum wages for all hours worked;

B. Prejudgment interest on the back wages in accordance with 815 ILCS §205/2 and punitive damages pursuant to the formula set forth in 820 ILCS §105/12(a);

C. Reasonable attorneys' fees and costs incurred in filing this action; and,

D. Such other and further relief as this Court deems appropriate and just.

**COUNT III**
**Violation of the Illinois Wage Payment and Collection Act – Earned Wages**

Plaintiff hereby realleges and incorporates paragraphs 1 through 22 of this Complaint.

24. This count arises from Defendants' failure to pay Plaintiff his earned wages for all time worked at the rate agreed to by the parties in violation of the IWPCA, 820 ILCS 115/1 *et seq.*

25. During the course of Plaintiff's employment with Defendants, Plaintiff had an agreement with Defendants that Plaintiff would be compensated at agreed upon hourly rates for all time worked on a weekly basis.

26. Plaintiff was entitled to be paid for all time worked at the rate agreed upon by the parties in a timely semi-monthly manner.

27. Plaintiff was entitled to be paid his earned wages during specific pay periods no later than seven (7) days after the end of each pay period. 820 ILCS 115/4.

28. Defendants failed to compensate Plaintiff for all time worked on a timely regular basis at the rate agreed upon by the parties.

29. Defendants' failure to compensate Plaintiff for all time worked at the rate agreed to by the parties and their failure to compensate Plaintiff on a timely basis violated the IWPCA.

WHEREFORE, Plaintiff prays for a judgment against Defendants as follows:

A. Judgment in the amount of all back wages due to Plaintiff as provided by the

IWPCA;

B. Prejudgment interest on the back wages in accordance with 815 ILCS 205/2;

C. Reasonable attorney's fees and cost of this action;

D. Such further relief as this Court deems appropriate and just.

Respectfully submitted,

Dated: September 8, 2010

s/ Alvar Ayala

CHRISTOPHER J. WILLIAMS (ARDC #6284262)
KATHERINE S. KOLON (ARDC # 021922007)
ALVAR AYALA (ARDC #6295810)
Working Hands Legal Clinic
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 795-9115

Attorneys for Plaintiffs

# EXHIBIT A

02/03/2010
0164074650

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (A)
NOT SUFFICIENT FUNDS

AKORAT METAL FABRICATORS INC
9521 AINSLIE ST
SCHILLER PARK IL 60176

70-2646/71

Check #: 10232
Date: 01/29/2010

Pay this Amount

TWO HUNDRED EIGHTY-NINE AND 16/100 DOLLARS***

$********289.16

RETURN REASON (A)
NOT SUFFICIENT FUNDS
NON SUFFICIENT FUNDS

Pay to the Order of

ERNESTO F ORDONEZ
5731 W 16TH ST
CICERO IL 60804

First Midwest Bank

⑈0000102326⑈ ⑆071926469⑆8100278491⑈

⑈0000102326⑈ ⑆071926469⑆ 8100278491⑈ ⑈0000028916⑈

FIFTH THIRD BANK
MD 1MOC2X Cincinnati, Ohio 45263
Date: May 10, 2010 Advice D-101077

Acct: 23/9231557753

*Your account has been charged $15.00 per item for each return item listed*

*If you have any questions please contact your nearest Fifth Third Banking center*

| SEQ # | ITEM AMOUNT |
|---|---|
| 1001094 | 273.52 |

ERNESTO ORDONEZ
OR REYNA PEREZ
OR JULIETTA DESBLES
5731 W 16TH ST
CICERO IL 60804

1 Item charged totaling $273.52

Advice Total $273.52 (D)

⑆042333198⑆ 000009231557753⑈ ⑈0000101077⑈

*042000314*
05/10/2010
1001094
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

E042000314E 05/06/2010
5065312527226

usbank. All of US serving you

1013

SMITHCO FABRICATORS, INC.
PAYROLL ACCOUNT
9521 W. AINSLIE PARK
SCHILLER PARK, IL 60176

70-477-719

DATE

| Date | Check No | Check Amt |
|---|---|---|
| 05/03/2010 | 1013 | *******273.52 |

PAY

Two Hundred Seventy-Three Dollars and 52 Cents

TO THE ORDER OF

Pay to the order of ERNESTO ORDONEZ

RETURN REASON-A
NOT SUFFICIENT FUNDS

AUTHORIZED SIGNATURE

Security features. Details on back.

⑈001013⑈ ⑆071904779⑆ 1993731024 58⑈

⑈001013⑈ ⑆071904779⑆ 199373102458⑈ ⑈0000027352⑈



*042000314*
03/17/2010
1003490

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

[042000314] 03/13/2010
3130912828085

THE REVERSE SIDE OF THE DOCUMENT CONTAINS A WATERMARK

AKORAT METAL FABRICATORS INC
9521 AINSLIE ST
SCHILLER PARK IL 60176

Check # 10389
Date 03/12/2010

Pay this Amount

ONE HUNDRED NINETY-THREE & 77/100 DOLLARS***

$*******193.77

RETURN REASON-A
NOT SUFFICIENT FUNDS

Pay to the Order of

ERNESTO F ORDONEZ
5731 W 16TH ST
CICERO IL 60804

100

First Midwest Bank

⑈0000010389⑈ ⑆071926469⑆8100278491⑈

⑈0000010389⑈ 4⑆071926469⑆ 8100278491⑈ ⑈0000019377⑈

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

**AKORAT METAL FABRICATORS INC**
9521 AINSLEY
SCHILLER PARK, IL 60176

0405-4841-5278
100
28608

**08/13/2010** DATE

**5278** CHECK NO.

PAYROLL CHECK
VOID AFTER 180 DAYS

PAY TO THE ORDER OF

ERNESTO F ORDONEZ
5731 W. 16TH ST.
CHICAGO IL 60804

**$282.17**

AMOUNT

TWO HUNDRED EIGHTY-TWO AND 17/100..............................DOLLARS

US BANK
USBANK.COM

PAY ONLY 282 17 TWO EIGHT TWO CTS

AUTHORIZED SIGNATURE(S)

⑈005278⑈ ⑆071904779⑆ 1993731 02458⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

AKORAT METAL FABRICATORS INC
9521 AINSLEY
SCHILLER PARK, IL 60176

0405-4841-5247
100
28608

THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

| 08/06/2010 | 5247 |
|---|---|
| DATE | CHECK NO. |

PAYROLL CHECK
VOID AFTER 180 DAYS

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ERNESTO F ORDONEZ
5731 W. 16TH ST.
CHICAGO IL 60804

**$280.04**

AMOUNT

TWO HUNDRED EIGHTY AND 04/100..........................................DOLLARS

US BANK
USBANK.COM

PAY ONLY 280 04 CTS

AUTHORIZED SIGNATURE(S)

⑈005247⑈ ⑆071904779⑆ 1993731 02458⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

ERNESTO F ORDONEZ
5731 W. 16TH ST.
CHICAGO, IL 60804

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 28608
**Hire Date:** 12/27/93
**Status:**
**Filing Status:**
Federal: Married, 0
State: IL, Married, 0
**Dept:** 100

**Pay Period:** 07/12/10 to 07/18/10
**Check Date:** 08/06/10 **Check #:** 5247

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 280.04 | 8136.00 |
| Net Pay | 280.04 | 8136.00 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 39.75 | 10.9500 | 435.26 | 1034.50 | 11327.78 |
| OVERTIME | | | | 4.75 | 78.02 |
| HOLIDAY | | | | 32.00 | 350.40 |
| VACATION | | | | 64.00 | 700.80 |
| PRETAX HEALTH I | | | -99.00 | | -2871.00 |
| AFLAC | | | -11.45 | | -332.05 |
| PRE TAX DENTAL | | | -5.21 | | -151.09 |
| GROSS | 39.75 | | 319.60 | 1135.25 | 9102.86 |
| TRUE GROSS | | | 435.26 | | 12457.00 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REIMBURSEMENT | | -100.00 |
| TOTAL | 0.00 | -100.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 5.52 | 108.94 |
| OASDI | 19.82 | 564.41 |
| MEDICARE | 4.63 | 131.95 |
| STATE W/H IL | 9.59 | 261.56 |
| TOTAL | 39.56 | 1066.86 |

**>>> MESSAGES <<<**

is check is Check Date
/30/2010. Period Beginning
'12/2010 and Period Ending
'18/2010.

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 280.04 | 8136.00 |

yrolls by Paychex, Inc.

05-4841 AKORAT METAL FABRICATORS INC

THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

AKORAT METAL FABRICATORS INC
9521 AINSLEY
SCHILLER PARK, IL 60176

0405-4841-5125
100
28608

07/09/2010 — DATE
5125 — CHECK NO.

PAYROLL CHECK
VOID AFTER 180 DAYS

PAY TO THE ORDER OF
ERNESTO F ORDONEZ
5731 W. 16TH ST.
CHICAGO IL 60804

**$269.18**
AMOUNT

TWO HUNDRED SIXTY-NINE AND 18/100..............................DOLLARS

US BANK
USBANK.COM

PAY ONLY 269 18 CTS

AUTHORIZED SIGNATURE(S)

⑈005125⑈ ⑆071904779⑆ 199373102458⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

ERNESTO F ORDONEZ
5731 W. 16TH ST.
CHICAGO, IL 60804

**Soc Sec #:** XXX-XX-XXXX **Employee ID:** 28608
**Hire Date:** 12/27/93
**Status:**
**Filing Status:**
Federal: Married, 0
State: IL, Married, 0
**Dept:** 100

**Pay Period:** 06/07/10 to 06/13/10
**Check Date:** 07/09/10 **Check #:** 5125

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 269.18 | 7018.00 |
| Net Pay | 269.18 | 7018.00 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 38.50 | 10.9500 | 421.58 | 883.75 | 9677.07 |
| OVERTIME | | | | 4.75 | 78.02 |
| HOLIDAY | | | | 24.00 | 262.80 |
| VACATION | | | | 64.00 | 700.80 |
| PRETAX HEALTH I | | | -99.00 | | -2475.00 |
| AFLAC | | | -11.45 | | -286.25 |
| PRE TAX DENTAL | | | -5.21 | | -130.25 |
| *GROSS* | 38.50 | | 305.92 | 976.50 | 7827.19 |
| *TRUE GROSS* | | | 421.58 | | 10718.69 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REIMBURSEMENT | | -100.00 |
| *TOTAL* | 0.00 | -100.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 4.15 | 87.14 |
| OASDI | 18.97 | 485.30 |
| MEDICARE | 4.44 | 113.46 |
| STATE W/H IL | 9.18 | 223.29 |
| *TOTAL* | 36.74 | 909.19 |

**>>> MESSAGES <<<**

his check is Check Date
7/09/2010. Period Beginning
6/14/2010 and Period Ending
20/2010.

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 269.18 | 7018.00 |

ayrolls by Paychex, Inc.
**405-4841** AKORAT METAL FABRICATORS INC