IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNESTO ORDONEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-CV-05708 |
| v. ) | |
| ) | Judge: Grady |
| AKORAT METAL FABRICATORS, INC., ) | |
| SMITHCO FABRICATORS, INC, ) | Magistrate Judge: Valdez |
| WISCONSIN TOOL AND STAMPING, ) | |
| CO., JJD INDUSTRIES, INC., SHALE ) | |
| INLAND STAMPING AND ) | |
| FABRICATING LLC, JOHN DOMBEK, ) | |
| JR. and JOHN J DOMBEK III, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Attorneys of Record

PLEASE TAKE NOTICE that on September 7, 2011, at 10:30 a.m., we shall appear before the Honorable Judge Grady, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there **Motion For Leave To Serve Process On John Dombek Jr. Via Us Mail With Delivery Confirmation** a copy of which is attached hereto and hereby served upon you.

Dated: July 28, 2011

Respectfully submitted,

s/Alvar Ayala
Alvar Ayala (#6295810)
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-795-9115

One of Attorneys for Plaintiffs