# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ERNESTO ORDONEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-CV-05708 |
| v. ) | |
| ) | Judge: Grady |
| ) | |
| AKORAT METAL FABRICATORS, INC., ) | Magistrate Judge: Valdez |
| et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having reached a settlement in this matter, Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this lawsuit with prejudice as to Defendant Shale Inland Stamping and Fabricating LLC.

Respectfully submitted,

Dated: May 9, 2012

| | |
|---|---|
| s/Louis J. Phillips | s/Alvar Ayala |
| Patzik, Frank & Samotny, Ltd. | Working Hands Legal Clinic, |
| 150 S. Wacker Drive, Suite 1500 | 401 S. LaSalle, Suite 1400 |
| Chicago, IL 60606 | Chicago, Illinois 60605 |
| (312) 551-8300 | (312) 795-9115 |
| | |
| One of Defendant's Attorneys | One of Plaintiffs' Attorneys |