**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERNESTO ORDONEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-CV-05708 |
| v. ) | |
| ) | Judge: Grady |
| ) | |
| AKORAT METAL FABRICATORS, INC., ) et al. ) | Magistrate Judge: Valdez |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendants having been discharged of their debts in bankruptcy, Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this lawsuit with prejudice as to Defendants John J. Dombek Jr. and John J. Dombek III.

Respectfully submitted,

For Plaintiffs:

By: s/Yolanda Carrillo
Yolanda Carrillo
Working Hands Legal Clinic
401 S. LaSalle, Suite 1400
Chicago, Illinois 60605

Dated: July 27, 2012

For Defendants:

By: s/David Trout
David Trout
David Trout & Associates, Ltd
134 N. LaSalle, Suite 1840
Chicago, IL 60602

Dated: July 27, 2012