IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNESTO ORDONEZ, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 10-CV-05708 |
| | ) Judge: Grady |
| AKORAT METAL FABRICATORS, INC., et al. | ) Magistrate Judge: Valdez |
| Defendants. | ) |

**STIPULATED JUDGMENT ORDER**

The parties hereby stipulate and agree that judgment be entered in favor of Plaintiffs and against Defendants Akorat Metal Fabricators, Inc., Smithco Fabricators, Inc., Wisconsin Tool and Stamping Co. and JJD Industries, Inc. only, in the amount of $50,000.00, for owed wages, earned vacation, liquidated damages and attorneys' fees and that such judgment be jointly and severally against each above-identified Defendant.

For Plaintiffs:

By: s/Yolanda Carrillo
Yolanda Carrillo
Working Hands Legal Clinic
401 S. LaSalle, Suite 1400
Chicago, Illinois 60605

Dated: July 27, 2012

ENTERED:

For Defendants:

By: s/David Trout
David Trout
David Trout & Associates, Ltd
134 N. LaSalle, Suite 1840
Chicago, IL 60602

Dated: July 27, 2012

_____
Judge John F. Grady
United States District Court

July 31, 2012